■ In the Matter of REBECCA CEDENO, Respondent, v ARIEL CINTRON, Appellant. [610 NYS2d 857] —Appeal by Ariel Cintron from an order of the Family Court, Westchester County (Spitz, J.), dated September 18, 1992.

Ordered that order is affirmed, with costs, for the reasons stated by Judge Spitz of the Family Court, Westchester County. Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.